UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00174-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DONALD FRANKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Emancipate/Plea of Mercy & Impartiality. To the extent defendant has attempted to file a pro se motion, that request is denied in accordance with Local Criminal Rule 47.1(g) as defendant is represented by counsel. To the extent that such is not a motion, but a sentencing memorandum in which defendant reflects on the changes that have occurred in his life since commission of the offense, the Court accepts such and will take such statement into consideration at the sentencing hearing. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Emancipate/Plea of Mercy & Impartiality (#40) is DENIED without prejudice to the extent it is a motion, but to the extent it is a sentencing memorandum or written statement by the defendant, the Court accepts the pleading and will consider such at the time of the sentencing hearing.

Signed: January 2, 2019

Max O. Cogburn Jr
United States District Judge