UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00174-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| DONALD FRANKS, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on the pro se Defendant's Motion for a Reduction in Sentence. See Doc. No. at 46. In support, Defendant informed the Court of the continuing hardships his family and friends have faced from the COVID-19 pandemic. See id. He likewise declared that he has conducted himself in a "well-behaved" manner while imprisoned, receiving no "shots" and participating in substance abuse and education programs. See id.

The Court applauds the efforts of Defendant to improve himself while imprisoned. Also, the Court sympathizes with the hardships that Defendant's has suffered because of COVID-19. Still, these facts, standing alone, do not entitle Defendant to a sentence reduction under 18 U.S.C. §3582. Thus, the Court declines to reduce Defendant's sentence at this time.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for a Reduction in Sentence, Doc. No. 46, is **DENIED**.

Signed: April 20, 2020

Max O. Cogburn Jr
United States District Judge