UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-174-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DONALD FRANKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Order Judicial Writ Transfer to Minimum Camp Security. (Doc. No. 82).

Defendant's motion is denied. The BOP has exclusive authority to determine defendant's place of imprisonment, and the BOP's placement decisions are "not reviewable by any court." See 18 U.S.C. § 3621(b). As a result, the court is without jurisdiction to order the BOP to place defendant in a minimum security prison camp. See United States v. Caudle, 740 F. App'x 364, 365 (4th Cir. 2018).

### ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Order Judicial Writ Transfer to Minimum Camp Security is **DENIED.** (Doc. No. 82).

Signed: October 26, 2022



Max O. Cogburn Jr
United States District Judge

1